# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **LUIS IVAN PENA MEDINA**
**ROSA LYDIA ROSARIO VEGA**

Bkrtcy. No. 10-06404-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 16, 2010 | Meeting Date: Aug 19, 2010 | DC Track No. 9 |
| Days from petition date: 34 | Meeting Time: 9:00 AM | |
| 910 Days before Petition: 1/18/2008 | ☐ Chapter 13 Plan Date: Jul 16, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $24,000.00 | |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: Sep 22, 2010 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | Total Paid In: $400.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference       ☐ Creditor(s) present:   ☒ None.
☒ Debtor Present       ☒ ID & Soc. OK       ☐ Debtor Absent
☒ Joint Debtor Present       ☒ ID & Soc. OK       ☐ Joint Debtor Absent
Debtor(s) was/were       ☒ Examined       ☐ Not Examined under oath.
Attorney for Debtor(s)       ☒ Present       ☐ Not Present
☐ Substitute attorney: J. Calderon       ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **JUAN O CALDERON LITHGOW***
Total Agreed: $3,000.00   Paid Pre-Petition: $500.00   Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**   ☐ For Failure to appear;   ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.   Liquidation Value: TBD (3)
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Debtor listed Outlander in Sch. B this vehicle is in the name of daughter, but debtor uses the vehicle (Also must list vehicle in SOFA, vehicle held for another person)
(2) Step up payment after vehicle maturity date.
(3) Must list Mirage 1997 Sch. B

/s/ José R. Carrión
Trustee       Presiding Officer       Page 1 of 1       Date: Aug 19, 2010