UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
LUIS IVAN PENA MEDINA
ROSA LYDIA ROSARIO VEGA

DEBTOR (S)

CASE NO. 10-06404-ESL

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Under Median / 36 months commitment period.**    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **TBD**    **R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,500.00    Fees paid: $0.00    Fees Outstanding: $2,500.00**

With respect to the proposed (amended) Plan dated: **July 16, 2010** (Dkt 2)**.**    Plan Base: **24,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]
    The case's liquidation value, and the sufficiency of the plan cannot be adequately determined due to the fact that Schedule B needs to be amended to include a vehicle.

- Fails Disposable Income Test : Debtor(s) fails to commit all future earnings / projected disposable income to fund the plan. [§1322(a)(1) & §1325(b)(1)(B)]
    Debtors must amend the plan in order to include a step up payment after the vehicle maturity date.

- Debtor(s) has/have failed to comply with her/his/their duties as a Debtor(s), debtor(s) has/have failed to provide documents and/or information requested at the meeting of creditors, impairing the Trustee duties performance under the Code.  [11 USC §521 & §1302(b)]
    Debtors have failed to amend schedule B as was requested by the Trustee at the 341 Meeting of Creditors. Debtors must list in Schedule B the Mirage 1997. Debtors must amend SOFA to include the vehicle already listed in Schedule B.

- Other/Comments
    NONE.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

 In San Juan, Puerto Rico this September 17, 2010.


/s/ Jose R. Carrion
_____

/s/ Nannette Godreau -Staff Attorney

_____
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550