UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                                    CASE NO. 10-06404-ESL
LUIS IVAN PENA MEDINA
ROSA LYDIA ROSARIO VEGA                                   CHAPTER 13

        DEBTOR (S)

## TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

    TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Under Median / 36 months commitment period.**        Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**.  **R2016 STM**.**$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,500.00 Fees paid: $0.00 Fees Outstanding: $2,500.00**

With respect to the proposed (amended) Plan dated: **September 19, 2010** (Dkt 14). Plan Base: **$28,775.00**

**The Trustee Recommends the confirmation of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1325 and other related sections of the Bankruptcy Code.**

**Comments:**

**NONE.**

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this September 21, 2010.

                                        /s/ José R. Carrion
                                        /s/ Nannette Godreau -Staff Attorney
                                         JOSE R. CARRION, CHAPTER 13 TRUSTEE
                                         PO Box 9023884, San Juan, PR 00902-3884
                                         Tel. (787) 977-3535  Fax  (787) 977-3550